No. 1143, Misc.   PELLETIER v. PARKER, WARDEN.   C. A. 3d Cir.   Certiorari denied.   Petitioner *pro se*.   *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for respondent.

No. 1150, Misc.   PHELPS v. ILLINOIS.   Sup. Ct. Ill. Certiorari denied.

No. 1151, Misc.   GOBIE v. FLORIDA.   Sup. Ct. Fla. Certiorari denied.

No. 1153, Misc.   ZURICA v. CALIFORNIA ET AL.   Sup. Ct. Cal.   Certiorari denied.

The following petitions for writs of certiorari are denied.
  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 10, Misc.   GOMEZ v. TEXAS.   Ct. Crim. App. Tex. *Maury Maverick, Jr.,* for petitioner.   *Waggoner Carr,* Attorney General of Texas, *James E. Barlow* and *Preston H. Dial, Jr.,* for respondent.

No. 646, Misc.   BOTSCH v. UNITED STATES.   C. A. 2d Cir.   *Solomon Z. Ferziger* for petitioner.   *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 788, Misc.   BUTTERWOOD v. UNITED STATES.   C. A. 10th Cir.   Petitioner *pro se*.   *Solicitor General Marshall, Assistant Attorney General Vinson,* Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 938, Misc.   CARTWRIGHT v. OREGON.   Sup. Ct. Ore.   *Lawrence A. Aschenbrenner* and *Howard R. Lonergan* for petitioner.   *George Van Hoomissen* and *Jacob B. Tanzer* for respondent.